No. 86–44. SHEARSON/AMERICAN EXPRESS INC. ET AL. *v.* MC-MAHON ET AL. C. A. 2d Cir. [Certiorari granted, *ante*, p. 812.] Motion of petitioners for additional time for oral argument denied.

No. 86–88. CITICORP INDUSTRIAL CREDIT, INC. *v.* BROCK, SECRETARY OF LABOR. C. A. 6th Cir. [Certiorari granted, *ante*, p. 929.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 86–108. HILTON, SUPERINTENDENT, NEW JERSEY STATE PRISON, ET AL. *v.* BRAUNSKILL. C. A. 3d Cir. [Certiorari granted, *ante*, p. 881.] Motion of American Civil Liberties Union et al. for leave to file a brief as *amici curiae* granted.

No. 86–179. CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS ET AL. *v.* AMOS ET AL.; and
No. 86–401. UNITED STATES *v.* AMOS ET AL. D. C. Utah. [Probable jurisdiction postponed, *ante*, p. 929.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 86–270. SAN FRANCISCO ARTS & ATHLETICS, INC., ET AL. *v.* UNITED STATES OLYMPIC COMMITTEE ET AL. C. A. 9th Cir. [Certiorari granted, *ante*, p. 913.] Motion of American Federation of Labor and Congress of Industrial Organizations for leave to file a brief as *amicus curiae* granted.

No. 86–281. RAY *v.* UNITED STATES. C. A. 5th Cir. [Certiorari granted, *ante*, p. 960.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 86–341. FORT HALIFAX PACKING CO., INC. *v.* COYNE, DIRECTOR, BUREAU OF LABOR STANDARDS OF MAINE, ET AL. Sup. Jud. Ct. Me. [Probable jurisdiction noted, *ante*, p. 947.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument denied.

No. 86–421. BOARD OF DIRECTORS OF ROTARY INTERNATIONAL ET AL. *v.* ROTARY CLUB OF DUARTE ET AL. Ct. App. Cal., 2d App. Dist. [Probable jurisdiction postponed, *ante*, p. 929.] Motion of California for divided argument granted. JUSTICE BLACKMUN and JUSTICE O'CONNOR took no part in the consideration or decision of this motion.